**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application.  Please submit the fee with your application, if you are efiling the application attach a copy of your receipt.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.  **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted.  Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, _____ , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☐ Defendant: _____ by whom I have been retained.

My business information is:

_____
*Firm Name*

_____
*Street Address*

_____   _____
*City, State, Zip*                                              *E-Mail Address*

_____   _____
*Telephone Number*                                        *Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

*Title of Court*                                                                                              *Date of Admission*

_____                    _____

_____                    _____

_____                    _____

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ as local counsel, whose business information is as follows:

*Firm Name*

*Street Address*

*City, State, Zip*          *E-Mail Address*

*Telephone Number*          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated _____

*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated _____

*Designee's Name (please print)*

*Designee's Signature*

*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
*duwors@newmanlaw.com*
Derek Linke, pro hac vice to be filed
*linke@newmanlaw.com*
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
FUTURE ADS LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| FUTURE ADS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN L. GILLMAN, an individual, and OMNIANGLE TECHNOLOGIES, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. SACV 13-905 DOC (JPRx)<br><br>**EXHIBIT A TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

1

**EXHIBIT A TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

## I. ELIGIBLE TO PRACTICE BEFORE THE FOLLOWING COURTS

| Title of Court | Date of Admission |
|---|---|
| Washington State Supreme Court | 11/17/2006 |
| U.S. District Court, Western District of Washington | 4/13/2007 |
| U.S. District Court, Eastern District of Washington | 6/25/2008 |
| U.S. Court of Appeals for the Ninth Circuit | 12/31/2008 |
| U.S. District Court, Western District of Wisconsin | 10/26/2010 |
| U.S. Court of Appeals for the Federal Circuit | 6/18/2013 |

## II. PREVIOUS *PRO HAC VICE* APPLICATIONS WITHIN THREE YEARS

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 10-09622 | Angel Pictures Intl., Inc. v. Sin City Entertainment, Inc., et al. | March 2, 2011 | Granted |
| 11-01562 | Fredianelli v. Jenkins, et al. | April 5, 2011 | Granted |
| 12-00444 | Essociate Inc v. Leaplab Corporation et al | April 27, 2012 | Granted |
| 12-04829 | Luxe Link LLC v. Provide Commerce Inc. | October 5, 2012 | Granted |
| 12-00831 | Essociate Inc. v. Eagle Web Assets Inc. | October 5, 2012 | Granted |

**EXHIBIT A TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**