1   MORGAN, LEWIS & BOCKIUS LLP
    BRIAN M. JAZAERI (SBN 221144)
2   bjazaeri@morganlewis.com
    ESTHER K. RO (SBN 252203)
3   ero@morganlewis.com
    300 South Grand Avenue
4   Twenty-Second Floor
    Los Angeles, CA  90071-3132
5   Tel:   213.612.2500
    Fax:   213.612.2501
6
    CAHILL GORDON & REINDEL LLP
7   SUSAN BUCKLEY (*pro hac vice* pending)
    sbuckley@cahill.com
8   JOEL KURTZBERG (*pro hac vice* pending)
    jkurtzberg@cahill.com
9   80 Pine Street
    Twenty-Second Floor
10  New York, NY  10005
    Tel:   212.701.3862
11  Fax:   212.378.2166

12  Attorneys for Defendants
    JONATHAN L. GILLMAN and OMNIANGLE
13  TECHNOLOGIES, LLC

14              UNITED STATES DISTRICT COURT

15     CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

16  | FUTURE ADS LLC, a California | Case No. 8:13-cv-00905-DOC-JPR |
    limited liability company,

17                                  **NOTICE OF MOTION AND**
                 Plaintiff,         **MOTION TO STRIKE**
18                                  **COMPLAINT, OR IN THE**
                 vs.                **ALTERNATIVE, TO DISMISS**
19                                  **PLAINTIFF'S COMPLAINT**
    JONATHAN L. GILLMAN, an
20  individual, and OMNIANGLE       [Memorandum of Points and
    TECHNOLOGIES, LLC, a Florida    Authorities in Support of Motion;
21  limited liability company,      [Proposed] Order on Motion to
                                    Strike]
22               Defendants.
                                    [Cal. Code of Civ. Proc. § 425.16 and
23                                  Fed. R. Civ. P. § 12(b)(6)]

24                                  Date:    September 9, 2013
                                    Time:    8:30 a.m.
25                                  Dept.:   Courtroom 9D
                                    Judge:   Honorable David O. Carter
26
                                    Complaint filed June 14, 2013
27

28
                                              NOTICE OF MOTION AND MOTION TO
                                              STRIKE/DISMISS PLAINTIFF'S
                                              COMPLAINT

DB1/ 75214403.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 9, 2013, at 8:30 a.m., or on such other date to be set by the Court, at 411 West Fourth Street, Santa Ana, California, in Courtroom 9D, before the Honorable David O. Carter, Defendants Jonathan L. Gillman and Omniangle Technologies, LLC will and hereby do move the Court for an order, pursuant to Cal. Code of Civil Procedure § 425.16, striking the Complaint of Future Ads LLC in its entirety and awarding attorneys' fees to Defendants. In the alternative, Defendants Jonathan L. Gillman and Omniangle Technologies, LLC will and hereby do move the Court for an order, pursuant to Fed. R. Civ. P. 12 (b)(6), dismissing the Complaint of Future Ads LLC with prejudice.

Defendants move for this relief on the following grounds: Because the challenged speech concerns a matter of public interest, it is protected by California's Anti-SLAPP statute. Cal. Code of Civil Procedure § 425.16. As such, the burden shifts to Plaintiff to demonstrate a probability of success on its claims. Plaintiff cannot meet that burden because the Complaint is deficient as a matter of law. The Complaint should therefore be stricken and attorneys' fees awarded to Defendants. In the alternative, and for the same reasons that Plaintiff cannot meet its burden under § 425.16, the Complaint should be dismissed under Fed. R. Civ. P 12(b)(6) for failure to state a claim.

//
//
//
//
//
//
//
//

1

NOTICE OF MOTION AND MOTION TO
STRIKE/DISMISS PLAINTIFF'S
COMPLAINT

DB1/ 75214403.1

1    This motion is made following the conference of counsel pursuant to L.R. 7-

2  3, which took place on July 22, 2013.  This motion is based on this Notice of

3  Motion and Motion, the Memorandum filed concurrently herewith, on all pleadings

4  and papers on file or to be filed in the above-entitled action, arguments of counsel

5  and any other matters that may properly come before the Court for its

6  consideration.

7

8

9

10 Dated:        August 1, 2013          MORGAN, LEWIS & BOCKIUS LLP
                                        BRIAN M. JAZAERI
                                        ESTHER K. RO
11

12

13                                      By _____/s/_____
                                          BRIAN M. JAZAERI
14                                        Attorneys for Defendants
                                          JONATHAN L. GILLMAN and
                                          OMNIANGLE TECHNOLOGIES,
15                                        LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        NOTICE OF MOTION AND MOTION TO
                                 2      STRIKE/DISMISS PLAINTIFF'S
                                        COMPLAINT