| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | BRIAN M. JAZAERI (SBN 221144) |
| 2 | bjazaeri@morganlewis.com |
| | ESTHER K. RO (SBN 252203) |
| 3 | ero@morganlewis.com |
| | 300 South Grand Avenue |
| 4 | Twenty-Second Floor |
| | Los Angeles, CA  90071-3132 |
| 5 | Tel:   213.612.2500 |
| | Fax:  213.612.2501 |
| 6 | |
| | CAHILL GORDON & REINDEL LLP |
| 7 | SUSAN BUCKLEY (*pro hac vice* pending) |
| | sbuckley@cahill.com |
| 8 | JOEL KURTZBERG (*pro hac vice* pending) |
| | jkurtzberg@cahill.com |
| 9 | 80 Pine Street |
| | Twenty-Second Floor |
| 10 | New York, NY  10005 |
| | Tel:   212.701.3862 |
| 11 | Fax:  212.378.2166 |
| 12 | Attorneys for Defendant |
| | JONATHAN L. GILLMAN and |
| 13 | OMNIANGLE TECHNOLOGIES, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FUTURE ADS LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JONATHAN L. GILLMAN, an individual, and OMNIANGLE TECHNOLOGIES, LLC, a Florida limited liability company,,<br><br>　　　　　Defendant. | Case No. 8:13-CV-00905-DOC-JPR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>Date:　　September 9, 2013<br>Time:　　8:30 a.m.<br>Judge:　Honorable David O. Carter<br>Dept.:　　Courtroom 9D<br><br>Complaint Filed: June 14, 2013 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 75221908.1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STRIKE
PLAINTIFF'S COMPLAINT

Pending before the Court is the motion of Defendants Jonathan L. Gillman and Omniangle Technologies, LLC to strike the Complaint filed by Plaintiff Future Ads LLC and award attorneys' fees pursuant to Cal. Code of Civil Procedure Section 425.16 and Defendants' alternative motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  After full consideration of the moving and opposing papers of all parties, the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that:

1. Defendants' motion to strike the Complaint is GRANTED.
2. Defendants' motion for an award of attorneys' fees is GRANTED in an amount later to be determined by the Court.
3. Defendants' alternative motion to dismiss the Complaint is denied as moot.

IT IS SO ORDERED.

Dated: _____          By: _____
                                    Honorable David O. Carter

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB1/ 75221908.1

1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STRIKE
PLAINTIFF'S COMPLAINT