Brian M. Jazaeri (SBN 221144)
Esther K. Ro (SBN 252203)
Morgan, Lewis & Bockius LLP
300 S. Grand Ave., Suite 2200
Los Angeles, CA  90071
bjazaeri@morganlewis.com, ero@morganlewis.com
213-612-2500 (t); 213-612-2501 (f)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Future Ads LLC, a California limited liability company,<br><br>Plaintiff(s)<br>v.<br><br>Jonathan L. Gillman, an individual, and Omniangle Technologies, LLC, a Florida limited liability company,<br><br>Defendant(s). | CASE NUMBER<br><br>8:13-cv-00905-DOC-JPRx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE*  **[16]** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

   Kurtzberg, Joel
*Applicant's Name (Last Name, First Name & Middle Initial)*

   212-701-3000         212-269-5420
*Telephone Number*       *Fax Number*

   jkurtzberg@cahill.com
*E-Mail Address*

Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Jonathan L. Gillman
Omniangle Technologies, LLC
*Name(s) of Party(ies) Represented*     ☐ Plaintiff    X Defendant    ☐ Other:

**and designating as Local Counsel**

   Jazaeri, Brian M.
*Designee's Name (Last Name, First Name & Middle Initial)*

   221144              213-612-2500
*Designee's Cal. Bar Number*   *Telephone Number*

              213-612-2501
              *Fax Number*

Morgan, Lewis & Bockius LLP
300 S. Grand Ave., Suite 2200
Los Angeles, CA  90071

*Firm Name & Address*

bjazaeri@morganlewis.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X  GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated  August 2, 2013**

*/s/ David O. Carter*

**David O. Carter, U.S. District Judge**