MORGAN, LEWIS & BOCKIUS LLP
BRIAN M. JAZAERI (SBN 221144)
bjazaeri@morganlewis.com
ESTHER K. RO (SBN 252203)
ero@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    213.612.2500
Fax:   213.612.2501

CAHILL GORDON & REINDEL LLP
SUSAN BUCKLEY (*pro hac vice*)
sbuckley@cahill.com
JOEL KURTZBERG (*pro hac vice*)
jkurtzberg@cahill.com
80 Pine Street
Twenty-Second Floor
New York, NY  10005
Tel:    212.701.3862
Fax:   212.378.2166

Attorneys for Defendants
JONATHAN L. GILLMAN and
OMNIANGLE TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FUTURE ADS LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN L. GILLMAN, an individual, and OMNIANGLE TECHNOLOGIES, LLC, a Florida limited liability company,<br><br>　　　　　　Defendants. | Case No. 8:13-CV-00905-DOC-JPRx<br><br>**JOINT NOTICE OF APPEAL BY DEFENDANTS JONATHAN L. GILLMAN AND OMNIANGLE TECHNOLOGIES, LLC**<br><br>**[REPRESENTATION STATEMENT BY DEFENDANTS JONATHAN L. GILLMAN AND OMNIANGLE TECHNOLOGIES, LLC FILED CONCURRENTLY HEREWITH]**<br><br>Assigned to: Hon. David O. Carter |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 77033783.1

JOINT NOTICE OF APPEAL
Case No. 8:13-CV-00905-DOC-JPRx

Notice is hereby given that Defendants Jonathan L. Gillman and Omniangle Technologies, LLC (collectively, "Defendants") hereby jointly appeal in the above-captioned case to the United States Court of Appeals for the Ninth Circuit from the order denying Defendants' Special Motion to Strike Plaintiff's Complaint Pursuant to Cal. Code of Civ. P. § 425.16 (Docket Number 37, entered December 23, 2013).

Dated: January 3, 2014

MORGAN, LEWIS & BOCKIUS LLP
BRIAN M. JAZAERI
ESTHER K. RO

CAHILL GORDON & REINDEL LLP
SUSAN BUCKLEY (*pro hac vice*)
JOEL KURTZBERG (*pro hac vice*)

By   /s/ Brian M. Jazaeri
BRIAN M. JAZAERI
Attorneys for Defendants
JONATHAN L. GILLMAN and
OMNIANGLE TECHNOLOGIES, LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 77033783.1

1

JOINT NOTICE OF APPEAL
Case No. 8:13-CV-00905-DOC-JPRx