| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | BRIAN M. JAZAERI (SBN 221144)<br>bjazaeri@morganlewis.com |
| 3 | ESTHER K. RO (SBN 252203)<br>ero@morganlewis.com |
| 4 | 300 South Grand Avenue<br>Twenty-Second Floor |
| 5 | Los Angeles, CA 90071-3132<br>Tel: 213.612.2500 |
| 6 | Fax: 213.612.2501 |
| 7 | CAHILL GORDON & REINDEL LLP<br>SUSAN BUCKLEY (*pro hac vice*) |
| 8 | sbuckley@cahill.com<br>JOEL KURTZBERG (*pro hac vice*) |
| 9 | jkurtzberg@cahill.com<br>80 Pine Street |
| 10 | Twenty-Second Floor<br>New York, NY 10005 |
| 11 | Tel: 212.701.3862<br>Fax: 212.378.2166 |

Attorneys for Defendants
JONATHAN L. GILLMAN and
OMNIANGLE TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FUTURE ADS LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JONATHAN L. GILLMAN, an individual, and OMNIANGLE TECHNOLOGIES, LLC, a Florida limited liability company,<br><br>　　　　　Defendants. | Case No. 8:13-CV-00905-DOC-JPRx<br><br>**REPRESENTATION STATEMENT BY DEFENDANTS JONATHAN L. GILLMAN AND OMNIANGLE TECHNOLOGIES, LLC**<br><br>Assigned to: Hon. David O. Carter |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 77033865.1

REPRESENTATION STATEMENT
Case No. 8:13-CV-00905-DOC-JPRx

The undersigned represents Jonathan L. Gillman and Omniangle Technologies, LLC, Defendants and Appellants in this matter, and no other party.

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b), the following are the identities of the named Plaintiff/Appellee and Defendants/Appellants in this matter, and the name, address, and telephone number of their known counsel of record:

**Plaintiff/Appellee**:

Future Ads LLC, represented by:

| | |
|---|---|
| NEWMAN DU WORS LLP | John Du Wors, SBN 233913 |
| Derek A. Newman, SBN 190467 | duwors@newmanlaw.com |
| derek@newmanlaw.com | Derek Linke (*pro hac vice*) |
| 100 Wilshire Boulevard, Suite 950 | linke@newmanlaw.com |
| Santa Monica, CA 90401 | 1201 Third Avenue, Suite 1600 |
| Telephone: (310) 359-8200 | Seattle, WA 98101 |
| Facsimile: (310) 359-8190 | Telephone: (206) 274-2800 |
| | Facsimile: (206) 274-2801 |

**Defendants/Appellants:**

Jonathan L. Gillman and Omniangle Technologies, LLC, represented by:

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | CAHILL GORDON & REINDEL LLP |
| BRIAN M. JAZAERI (SBN 221144) | SUSAN BUCKLEY (*pro hac vice*) |
| bjazaeri@morganlewis.com | sbuckley@cahill.com |
| ESTHER K. RO (SBN 252203) | JOEL KURTZBERG (*pro hac vice*) |
| ero@morganlewis.com | jkurtzberg@cahill.com |
| 300 South Grand Avenue | 80 Pine Street |
| Twenty-Second Floor | Twenty-Second Floor |
| Los Angeles, CA 90071-3132 | New York, NY 10005 |
| Tel: 213.612.2500 | Tel: 212.701.3862 |
| Fax: 213.612.2501 | Fax: 212.378.2166 |

///

///

///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 77033865.1

1

REPRESENTATION STATEMENT
Case No. 8:13-CV-00905-DOC-JPRx

| | | |
|---|---|---|
| 1 | Dated: January 3, 2014 | MORGAN, LEWIS & BOCKIUS LLP<br>BRIAN M. JAZAERI<br>ESTHER K. RO |
| 2 | | |
| 3 | | CAHILL GORDON & REINDEL LLP<br>SUSAN BUCKLEY (*pro hac vice*)<br>JOEL KURTZBERG (*pro hac vice*) |
| 4 | | |
| 5 | | |
| 6 | | By  /s/ Brian M. Jazaeri<br>BRIAN M. JAZAERI<br>Attorneys for Defendants<br>JONATHAN L. GILLMAN and<br>OMNIANGLE TECHNOLOGIES, LLC |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 77033865.1

2

REPRESENTATION STATEMENT
Case No. 8:13-CV-00905-DOC-JPRx