# AMENDED on 2/26/14
**(Corrects Date of Hearing removed from calendar)**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 13-0905-DOC (JPRx)            Date: February 20, 2014

Title: FUTURE ADS LLC v. JONATHAN GILLMAN, ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                     None Present

**PROCEEDINGS (IN CHAMBERS):**    **AMENDED - ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION**

     Before the Court is Defendant's Motion for Stay (Dkt. 43). The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for **February 24, 2014** is removed from the calendar.

     The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11
CIVIL-GEN                                                  Initials of Deputy Clerk: jcb