# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **SACV 13-0905-DOC (JPRx)**            Date: **February 26, 2014**

Title: **Future Ads LLC v. Jonathan L. Gillman et al.**

============================================================
**DOCKET ENTRY**
============================================================

PRESENT:

#### HON. <u>JEAN P. ROSENBLUTH</u>, MAGISTRATE JUDGE

<u>Joe Roper</u>                                        <u>      n/a      </u>
Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
None present                                        None present

## PROCEEDINGS: (IN CHAMBERS)

On January 27, 2014, Plaintiff filed a motion to compel responses to discovery. On February 13, 2014, Plaintiff filed a supplemental brief; Defendants did not do so. After reviewing the parties' filings, the Court has concluded that oral argument will not materially assist it in resolving the dispute. <u>See</u> Local R. 7-15. Accordingly, the hearing set for February 27, 2014, at 10:30 a.m. is ORDERED OFF CALENDAR and the matter stands submitted for decision.

MINUTES FORM 11                                        Initials of Deputy Clerk: <u>JR</u>
CIVIL-GEN