UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV13-00905-DOC (JPRx) | Date | March 17, 2014 |
|---|---|---|---|
| Title | Future Ads LLC v. Jonathan L. Gillman, et al., | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Lisa Bernson | CS 3/17/2014 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Derek Newman | Susan Buckley |
| Derek Linke | Brian Jazaeri |
| | Joel Kurtzbert |

**Proceedings:**   (In Court: Telephonic): Status Conference

    Case is called to order. Counsel make their appearances. Parties are ordered to meet and confer in person. Defendant to file a proposed protective order by March 27, 2014. Portions that are still disputed should be bracketed using two separate fonts to distinguish the parties positions. Supplemental Memos from each party (10 pgs each) concerning the Plaintiff's Motion to Compel to be filed by March 27, 2014. The Court will issue an Order as to each request for production of documents that is still in dispute.
:

|  | : | 36 |
|---|---|---|
| | Initials of Preparer | LBE |