MORGAN, LEWIS & BOCKIUS LLP
BRIAN M. JAZAERI (SBN 221144)
bjazaeri@morganlewis.com
ESTHER K. RO (SBN 252203)
ero@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   213.612.2500
Fax:   213.612.2501

CAHILL GORDON & REINDEL LLP
SUSAN BUCKLEY (*pro hac vice*)
sbuckley@cahill.com
JOEL KURTZBERG (*pro hac vice*)
jkurtzberg@cahill.com
80 Pine Street
Twenty-Second Floor
New York, NY  10005
Tel:   212.701.3862
Fax:   212.378.2166

Attorneys for Defendants
JONATHAN L. GILLMAN and OMNIANGLE TECHNOLOGIES, LLC

NEWMAN DU WORS LLP
DEREK LINKE (*pro hac vice*)
linke@newmanlaw.com
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Tel:   206.274.2800
Fax:   206.274.2801

Attorneys for Plaintiff FUTURE ADS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUTURE ADS LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>       vs.<br><br>JONATHAN L. GILLMAN, an individual, and OMNIANGLE TECHNOLOGIES, LLC, a Florida limited liability company,<br><br>             Defendants. | Case No. 8:13-cv-00905-DOC-JPR<br><br>**STIPULATION TO MEET AND CONFER BY VIDEO-CONFERENCE RE: DISCOVERY DISPUTE AND PROPOSED PROTECTIVE ORDER**<br><br>**[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH**<br><br>**[DISCOVERY MATTER]**<br><br>Judge:   Hon. Jean P. Rosenbluth |

STIPULATION
CASE NO. 8:13-CV-00905-DOC-JPR

DB1/ 78186840.1

1  Plaintiff Future Ads LLC ("Plaintiff") and Defendants Jonathan L. Gillman
2  and Omniangle Technologies, LLC (collectively, "Defendants") through their
3  respective counsel, hereby stipulate and agree as follows:
4  **WHEREAS**, on March 17, 2014, a telephonic status conference was held
5  before Magistrate Judge Jean P. Rosenbluth relating to Plaintiff's motion to compel
6  discovery responses and the entry of a protective order in this action;
7  **WHEREAS**, at the status conference, the Court ordered the Parties to meet
8  and confer in-person regarding Plaintiff's requests for production and the proposed
9  protective order;
10 **WHEREAS**, Defendants' counsel taking the lead on discovery matters in
11 this action are located in New York; and
12 **WHEREAS**, the Parties believe that a videoconference between Plaintiff's
13 counsel and Defendants' counsel in New York would be more productive than an
14 in-person meeting between Plaintiff's counsel and Defendants' local counsel.
15 **NOW, THEREFORE**, the Parties stipulate and request an order as follows:
16 The Parties may conduct the in-person meet and confer ordered by the Court
17 on March 17, 2014 by videoconference.

Dated: March 18, 2014

MORGAN, LEWIS & BOCKIUS LLP
BRIAN M. JAZAERI
ESTHER K. RO


By  /s/ Brian M. Jazaeri
BRIAN M. JAZAERI
Attorneys for Defendants
JONATHAN L. GILLMAN and
OMNIANGLE TECHNOLOGIES, LLC

STIPULATION
CASE NO. 8:13-CV-00905-DOC-JPR

DB1/ 78186840.1

| | | |
|---|---|---|
| 1 | Dated: March 18, 2014 | NEWMAN DU WORS LLP<br>DEREK LINKE |
| 2 | | |
| 3 | | |
| 4 | | By     /s/ Derek Linke<br>DEREK LINKE |
| 5 | | Attorneys for Plaintiff<br>FUTURE ADS LLC |

### FILER ATTESTATION

I, Brian M. Jazaeri, shall attest on the signature page of the document that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By     /s/ Brian M. Jazaeri
BRIAN M. JAZAERI